**Felix De La CRUZ–PEREZ, Petitioner**

v.

**Loretta E. LYNCH, Attorney General of the United States, Respondent.**

No. 15–2380.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 23, 2016.

Filed: Feb. 26, 2016.

Felix De La Cruz–Perez, Dodge City, KS, pro se.

Karen Yolanda Drummond, Carl H. McIntyre, Lindsay M. Murphy, Joseph Anthony O'Connell, U.S. Department of Justice, Washington, DC, for Respondent.

Before WOLLMAN, ARNOLD, and SMITH, Circuit Judges.

PER CURIAM.

Guatemalan citizen Felix De La Cruz–Perez petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the decision of an immigration judge denying him withholding of removal and protection under the Convention Against Torture.[1] After careful consideration, we conclude that sub-

stantial evidence on the record as a whole supports the finding that Cruz–Perez failed to show (1) a clear probability that his life or freedom would be threatened in Guatemala on account of any statutorily protected ground, *see Davila–Mejia v. Mukasey,* 531 F.3d 624, 627, 629 (8th Cir. 2008); or (2) that it is more likely than not that he would be tortured if he were removed to Guatemala, *see De Castro–Gutierrez v. Holder,* 713 F.3d 375, 381–82 (8th Cir.2013). Accordingly, we deny the petition for review. *See* 8th Cir. R. 47B.